EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | 2004 TSPR 111 |
| | 161 DPR ____ |

Número del Caso: ES-2004-1

Fecha: 30 de junio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO

ES-2004-1

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de junio de 2004

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso.

**Del 1ʳᵒ· al 28 de julio de 2004**

Hon. Miriam Naveira Merly, Presidenta
Hon. Federico Hernández Denton
Hon. Jaime Fuster Berlingeri

Del 29 de julio al 13 de agosto de 2004

Hon. Francisco Rebollo López, Presidente
Hon. Federico Hernández Denton
Hon. Baltasar Corrada del Río

Del 14 de agosto al 30 de septiembre de 2004

Hon. Francisco Rebollo López, Presidente
Hon. Baltasar Corrada del Río
Hon. Efraín Rivera Pérez
Hon. Liana Fiol Matta

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo